# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANGELO COREY STACKHOUSE, | ) | 3:11-cv-00495-LRH-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 19, 2012 |
| DR. FAIRCHILD, *et al*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Production of Documents. (Doc. #42.) Plaintiff seeks production of transcripts and various filings "for the use in his informal appeal." (*Id*.) Defendants have opposed the motion (Doc. #43). Therein, Defendants correctly note that Plaintiff's appeal was dismissed by the Ninth Circuit Court of Appeals for lack of jurisdiction. (Doc. #43.)

Plaintiff's motion (Doc. #42) is therefore **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
    Deputy Clerk